H. DOUGLAS GALT - State Bar No. 100756
(dgalt@woollspeer.com)
SEAN B. DEAN – State Bar No. 187140
(sdean@woollspeer.com)
**WOOLLS & PEER**
A Professional Corporation
One Wilshire Boulevard, 22nd Floor
Los Angeles, California 90017
Telephone:   (213) 629-1600
Facsimile:   (213) 629-1660

Attorneys for Plaintiff,
Century Surety Company

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY SURETY COMPANY, | Case No.: EDCV 09-02074 VAP(OPx) |
| Plaintiff, | |
| v. | **STIPULATED JUDGMENT** |
| CLARY ROOFING, INC., | Before the Hon. Virginia A. Phillips |
| Defendant. | |

1

231600.1

1
2
3
4

Plaintiff CENTURY SURETY COMPANY ("CENTURY") and Defendant CLARY ROOFING, INC. ("CLARY"), by and through their counsel of record, hereby stipulate as follows:

5
6
7
8
9

In accordance with the terms of the settlement agreement entered into in February 2011, the terms of which are incorporated herein by reference as though fully set forth in this document, judgment may be entered in favor of Century Surety Company and against Clary Roofing, Inc., in the amount of $80,000, inclusive of costs.

10  DATED: ~~February~~ October 3, 2011          AVILA & PEROS, LLP

11
12
13          MICHAEL V. PEROS
14          Attorneys for Defendant,
            Clary Roofing, Inc.
15          mvp@ap-lawfirm.com

16  DATED: ~~February~~ October 4, 2011

            WOOLLS & PEER
            A Professional Corporation

17
18          H. DOUGLAS GALT
19          Attorneys for Plaintiff,
            Century Surety Company
20          dgalt@woollspeer.com

21

22
23
24

The parties having stipulated, judgment is entered in favor of Century Surety Company and against Clary Roofing, Inc., in the amount of $80,000, inclusive of costs.

25
26  Date: Nov. 11, 2011
27          nunc pro tunc          Judge, United States District Court
28

2

WOOLLS & PEER
A Professional Corporation
One Wilshire Boulevard, 22nd Floor
Los Angeles, California 90017